UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────

GLOBERUNNERS INC.,

                Plaintiff,        18cv4939 (JGK)

     - against -              ORDER

ENVIRONMENTAL PACKAGING TECHNOLOGIES
HOLDINGS, INC.,

                Defendant.
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Moses. The time for objections has passed and no objections were filed. In any event, the Court finds that the Report and Recommendation are well-reasoned and should be adopted. Therefore, the Court directs the Clerk to enter judgment in favor of the plaintiff and against the defendant in the amount of $296,538.05 in compensatory damages; pre-judgment interest in the amount of $65,807.07 plus $97.49 for each day after March 6, 2020 until the date judgment is entered; together with attorney's fees of $25,346.25; and costs in the amount of $931.75.The Clerk is also directed to close this case and to close any pending motions.

**SO ORDERED.**

**Dated:**    New York, New York
           April 14, 2020       /s/ John G. Koeltl
                                                John G. Koeltl
                                 United States District Judge