## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

**GLOBERUNNERS INC.,**

                Plaintiff,                              18 **CIVIL** 4939 (JGK)

         -against-                                 **JUDGMENT**

**ENVIRONMENTAL PACKAGING
TECHNOLOGIES HOLDINGS, INC.,**

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 14, 2020, Magistrate Judge Moses's well-reasoned Report and Recommendation is adopted; the time for objections has passed and no objections were filed; therefore, judgment is entered in favor of the plaintiff and against the defendant in the amount of $296,538.05 in compensatory damages; pre-judgment interest in the amount of $65,807.07 plus $97.49 for each day after March 6, 2020 until the date judgment is entered in the amount of $3,899.60; together with attorney's fees of $25,346.25; and costs in the amount of $931.75, for a total sum of $392,522.72; accordingly, this case is closed.

**Dated:**  New York, New York
        April 15, 2020

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                          Clerk of Court
                                       **BY:**
                                                           _____
                                                          Deputy Clerk